IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dunigan, Carrie I | Case Number: 04 B 11356 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/20/07 | Filed: 3/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 16, 2007
Confirmed: May 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,800.00 | |
| Secured: | | 13,386.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 819.83 |
| Other Funds: | | 0.01 |
| Totals: | 16,800.00 | 16,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,594.00 | 2,594.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 17,714.92 | 13,386.16 |
| 4. | Internal Revenue Service | Priority | 237.94 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 316.65 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 412.98 | 0.00 |
| 7. | Americash Loans, LLC | Unsecured | 29.74 | 0.00 |
| 8. | T Mobile | Unsecured | 75.15 | 0.00 |
| 9. | Retailers National Bank | Unsecured | 300.05 | 0.00 |
| 10. | Capital One | Unsecured | 69.30 | 0.00 |
| 11. | Capital One | Unsecured | 98.52 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 12.47 | 0.00 |
| 13. | Calumet City Fire Department | Unsecured | | No Claim Filed |
| 14. | Hammond Radiologist | Unsecured | | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 17. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 18. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 19. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 20. | Check N Go | Unsecured | | No Claim Filed |
| 21. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 22. | IC System Inc | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |
| 25. | Instant Cash Advance | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Dunigan, Carrie I | | Case Number: 04 B 11356 |
| | | Judge: Wedoff, Eugene R |
| Printed: 11/20/07 | | Filed: 3/23/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Paul D Lawent | Unsecured | | No Claim Filed |
| 27. | National Quick Cash | Unsecured | | No Claim Filed |
| 28. | Nationwide Recovery Serv | Unsecured | | No Claim Filed |
| 29. | Pay Day Loans | Unsecured | | No Claim Filed |
| 30. | Provident Hospital | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Sam Club | Unsecured | | No Claim Filed |
| 33. | Virtua Memorial Hospital | Unsecured | | No Claim Filed |
| 34. | Sun Cash | Unsecured | | No Claim Filed |
| 35. | Telecheck | Unsecured | | No Claim Filed |
| 36. | Uptown Cash | Unsecured | | No Claim Filed |
| 37. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |

                                                                              _____                _____
                                                                              $ 21,861.72            $ 15,980.16

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 115.20 |
| 6.5% | 213.59 |
| 3% | 43.20 |
| 5.5% | 237.60 |
| 5% | 72.00 |
| 4.8% | 138.24 |
| | _____ |
| | $ 819.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                */s/ Denise Ashley*
                _____